VWP OF AMERICA, INC., Plaintiff,

v.

THE UNITED STATES, Defendant.

Slip Op. 06–87.

Court No. 93–06–00314.

United States Court of International Trade.

June 7, 2006.

## *JUDGMENT ORDER*

MUSGRAVE, Senior Judge.

In accordance with the Settlement Agreement between the parties in this action.

**IT IS HEREBY ORDERED** that U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of the appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further

**ORDERED** that each party shall bear its own costs and expenses; and it is further

**ORDERED** that this action is dismissed as settled.

*Schedule A*

Port: Jackman, Maine

| Court Number | Protest Number | Entry Number | Entry Date |
|---|---|---|---|
| 93–06–00314 | 0101–93–100032 | 551–1971171–5 | 10/06/92 |
| | | 551–1971189–7 | 10/07/92 |
| 06/09/93 | | 551–1971202–8 | 10/09/92 |
| | | 551–1972039–3 | 10/13/92 |
| | | 551–1970663–2 | 08/31/92 |
| | | 551–1970754–9 | 09/03/92 |
| | | 551–1971081–1 | 09/14/92 |
| | | 551–1970839–8 | 09/18/92 |
| | | 551–1971064–2 | 09/21/92 |
| | | 551–1970845–5 | 09/18/92 |
| | | 551–1971081–6 | 09/18/92 |
| | | 551–1971090–7 | 09/21/92 |
| | | 551–1971114–5 | 09/24/92 |
| | | 551–1970958–6 | 09/28/92 |
| | | 551–1971124–4 | 09/28/92 |
| | | 551–1971128–5 | 09/29/92 |
| | | 551–1971134–3 | 09/30/92 |
| | | 551–1971154–1 | 09/24/92 |
| | | 551–1970969–3 | 09/27/92 |
| | | 551–1970655–8 | 08/28/92 |